UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA.,
CIVIL DIVISON.

8:17-cv-895-T-33AAS (1)

2017 APR 14 AM 11:44
FILED

Larryel Lanier Williams.,
Plaintiff,
V.
Kennyth Moores,
Respondent.

MOTION
CIVIL RIGHTS ACT. 42 U.S.C § 1983.

The Defendant. Larryel Lanier Williams; by and through (PRO-SE) respectfully moves this HONORABLE Court to grant his MOTION CIVIL RIGHTS ACT. U.S.C § 1983 and the grounds are as follows:

#1 Sgt. Kennyth Moores is in violation of the U.S.C CONSTITUTIONAL LAW ART #1 SEC # 1, 2. basic rights, 3 inmate Williams CIVIL RIGHTS.

FACTS.

07/13/2013. inmate Larryel Lanier Williams was slapped on his face then had his head slammed on the property room desk top this was done by Sgt. Kennyth Moores during inmate williams orientation at the Central Florida reception Center, inmate williams grievance is on file with the Central Florida reception Center. A investigation was done and the property room cameras revealed Sgt. Kennyth moores actions.

NP.

U.S. V. Lanier, 520 U.S. 259. *(264) Section 242 reconstuction era civil rights statute making it crimal to act (1) willfully and (2) under color of law (3) to deprive a person of rights protected by the Constitution or law of the united states.

Screws v. U.S. 325 U.S. 91. *(129) Generally state officials know something of the individual's basic legal rights.

Smith v. Fish, 965 So. 2d 205. (2) CIVIL RIGHTS;
To prevail on a §1983 Claim a plaintiff must show, among other thing, that there was a violation of a right secured by the Constitution or federal law, 42 U.S.A. §1983.

CONCLUSION

Seeing that Sgt. Kennyth Moores is a state official with knowledge of inmate's Laryel Lanier Williams basic legal right secured. inmate williams has showed the violation of a right secured by the constitution or federal law, 42 U.S.A. §1983.

REMEDY SOUGHT.

Im requesting Sgt. Kennyth Moores to be discipline for his disregard of inmate williams civil Rights, $150 000 for the physical abuse.

I HEREBY CERTIFY THAT UNDER F.S. 92.525 UNDER PENALTY OF PERJURY THE FACTS ARE TRUE.

RESPECTFULLY SUBMITTED BY

[signature]